STATE OF CONNECTICUT *v.* FREDERICK N. LUCCI, JR.

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 334, is denied.

*Richard Emanuel,* assistant public defender, in support of the petition.

*C. Robert Satti, Sr.,* state's attorney, in opposition.

Decided September 19, 1991

SUFFIELD BANK *v.* WILLIAM W. BERMAN ET AL.

The plaintiff's cross petition for certification for appeal from the Appellate Court, 25 Conn. App. 369, is dismissed as moot.

*Carol A. Fantozzi,* in support of the petition.

Decided September 19, 1991

BARBERINO REALTY AND DEVELOPMENT CORPORATION *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF FARMINGTON ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 25 Conn. App. 392, is granted, limited to the following issue:

"When a zoning regulation requires a site plan showing the specific project proposed to be submitted with an application for a special permit, after approval of such a permit and site plan, must a later revision of the site plan conform to the zoning regulations for approval of such a special permit?"

*Palmer S. McGee, Jr.,* in support of the petition.

*Robert J. Reeve* and *William L. Wollenberg,* in opposition.

Decided September 19, 1991